TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00011-CV







Robert Francis, Appellant


v.


Terry Keel and Tina J. Benkiser, Appellees








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. D-1-GN-06-000057, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING





O R D E R

PER CURIAM

 We overrule appellant's emergency motion to stay temporary injunction.


Before Chief Justice Law, Justices B. A. Smith and Waldrop

Filed: January 13, 2006